IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WEBPORIUM LLC, D/B/A, MEGALOPOLIS,<br><br>Plaintiff,<br><br>v.<br><br>THE LOYAL SUBJECTS WAVE 2, LLC, JONATHAN CATHEY, AND EAMON RONAYNE,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER GRANTING STIPULATED JUDGMENT**<br><br>Case No. 2:17-cv-01282<br><br>Howard C. Nielson, Jr.<br>United States District Judge |

On January 8, 2020, Plaintiff Webporium, LLC ("Webporium") and Defendants The Loyal Subjects Wave 2, Jonathan Cathey, and Eamon Ronayne ("Defendants") notified this court that they have reached a settlement agreement. *See* Dkt. No. 89. In the motion, except as set forth specifically in the stipulated judgment below, the parties have released all rights, claims, disputes or matters (known or unknown) between them (including their principals). All claims in this matter (and any claim or matter that could have been brought herein) have been released with prejudice and no other terms, payment or conditions exist except as set forth below. This court must enter an order to make the judgment binding.

Based on its review of the stipulated motion and filings in this case, and for good cause appearing, the court finds that the proposed stipulated judgment is fair, reasonable, and consistent with the public interest. *See Metropolitan Housing Development Corp. v. Village of Arlington Heights*, 616 F.2d 1006, 1014–15 (7th Cir. 1980). The court further finds that the proposed final judgment "spring[s] from and serve[s] to resolve a dispute within the court's

subject-matter jurisdiction" and "com[es] within the general scope of the case made by the pleadings." *Local No. 93, Int'l Assoc. of Firefighters v. City of Cleveland*, 478 U.S. 501, 525 (1986) (citation and internal quotation marks omitted). Finally, the court finds that the proposed final judgment does not "conflict[] with or violate[] the [law] upon which the complaint was based" but instead "further the objectives" of that law. *Id.* at 525–26. The court therefore **GRANTS** the stipulated motion for entry of a final judgment.

Accordingly, the court **ORDERS** the following:

(1) All claims in the complaint made by Plaintiff Webporium, LLC against Defendants are dismissed with prejudice.

(2) Judgment is hereby entered in favor of Counterclaim-Plaintiff The Loyal Subjects Wave 2 against Counterclaim-Defendant Webporium, LLC in the total amount of $10,728.

(3) The parties shall each bear their own respective costs, fees and attorneys' fees associated with this matter and with this Settlement Agreement and Stipulated Judgment.

**IT IS SO ORDERED.**

DATED this 13th day of January, 2020.

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge